IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD PAUL GOODMAN,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-214-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case for lack of jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_6/9/10_____
Date